# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DiCELLO LEVITT & CASEY LLC,<br><br>    Movants,<br><br>v.<br><br>OBJECTING MINORITY NOTEHOLDERS TO THE PROPOSED CONSENT JUDGMENT BETWEEN THE CONSUMER FINANCIAL PROTECTION BUREAU AND THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST I, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3, AND THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4,<br><br>    Respondents. | No. |

**DiCELLO LEVITT & CASEY LLC's MOTION**
**TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER**

DiCello Levitt & Casey LLC ("DLC"), a Chicago-based law firm which previously represented fifteen Delaware statutory owner-directed trusts called The National Collegiate Student Loan Trusts[1] ("NCSLTs"), was served with a subpoena in connection with a pending action brought by the Consumer Financial Protection Bureau ("CFPB") against the NCSLTs in the District of Delaware ("*CFPB* Action"[2]). The subpoena, served by various intervening parties in the *CFPB* Action, seeks documents that far exceed the scope allowed by that court's previously-entered scheduling order, and also seeks work product and attorney-client communications. Further, to the extent the intervening parties seek documents that are actually *within* the scope of that court's scheduling order, DLC informed the intervening parties that it has no responsive documents. For these reasons, as well as the reasons contained in the accompanying memorandum of law, DLC respectfully requests that the Court issue a protective order and quash the subpoena.

---

[1] Comprised of The National Collegiate Master Student Loan Trust I, The National Collegiate Student Loan Trust 2003-1, The National Collegiate Student Loan Trust 2004-1, The National Collegiate Student Loan Trust 2004-2, The National Collegiate Student Loan Trust 2005-1, The National Collegiate Student Loan Trust 2005-2, The National Collegiate Student Loan Trust 2005-3, The National Collegiate Student Loan Trust 2006-1, The National Collegiate Student Loan Trust 2006-2, The National Collegiate Student Loan Trust 2006-3, The National Collegiate Student Loan Trust 2006-4, The National Collegiate Student Loan Trust 2007-1, The National Collegiate Student Loan Trust 2007-2, The National Collegiate Student Loan Trust 2007-3, and The National Collegiate Student Loan Trust 2007-4.

[2] *Consumer Financial Protection Bureau v. The National Collegiate Master Student Loan Trust, et al.*, No. 17-cv-01323-GMS (D. Del.).

Dated: January 11, 2018

Respectfully submitted by:

*/s/ Amy E. Keller*
Adam J. Levitt
Amy E. Keller
Adam Prom
DICELLO LEVITT & CASEY LLC
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
T 312.214.7900
alevitt@dlcfirm.com
akeller@dlcfirm.com
aprom@dlcfirm.com

*Counsel for Movant DiCello Levitt & Casey LLC*